IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TYLER WATERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-01287 |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S SECOND SET OF INTERROGATORIES**

Plaintiff Tyler Waters, through counsel, states as follows for his Answers to Defendant's Second Set of Interrogatories:

**INTERROGATORY NO. 28**: For each date you missed work following the alleged September 29, 2012 incident, identify the work dates that you missed that you attribute to your claimed injuries and/or the work dates for which you seek lost wages.

**ANSWER**: Between September 29, 2012, and December 16, 2012, Plaintiff was unable to perform his regular job as a result of his injuries. During this time, he worked 44 days of light duty for approximately $186 per day. In addition, Plaintiff was unable to work on the following dates:

- 2013: March 11, 22, 23, 24, 25, 30, and 31; April 1 and 2; May 3, 4, 5, 6, and 31; June 1, 8, and 9; July 4, 5, 6, and 7;

- 2014: March 21, 22, 23, and 24; April 3, 4, 11, 12, 19, 20 and 27; May 4, 5, 15, 16, 17, 18, 22, 23, 25, 26, and 31; June 2, 8, 9, 10, 11, 12, 22, 26, 27, 28, 29, and 30; July 3, 4, 5, 6, 21, and 26; August 2, 3, 4, 5, 14, 15, 17, 18, 24, and 25; September 1, 2, 8, 9, 19, 20, 21, and 22; November 12, 13, 26, 27, 29, and 30, December 4, 5, and 6;

- 2015: February 2, 14, and 15; March 15, 27, 28, and 29; April 12, 13, 24, 25, and 26; June 5, 6, 11, 12, 18, 21, 22, 26, and 27; July 4, 5, 11, 12, 17, 22, 23, 25, and 26; August 2, 3, 10, 11, 15, and 31; September 1, 6, 7, 20, and 21.

Plaintiff reserves the right to supplement this answer when Defendant produces updated Employee Status Report documents.

1

