## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TYLER WATERS,          ) | |
|          ) | |
|     Plaintiff,     ) | |
|          ) | |
| vs.          ) | Case No. 15-CV-01287 |
|          ) | |
| UNION PACIFIC RAILROAD   ) | |
| COMPANY,      ) | |
|          ) | |
|     Defendant.   ) | |

### PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiff Tyler Waters, through counsel, states as follows for his Supplemental Answers to Defendant's First Set of Interrogatories:

**INTERROGATORY NO. 2:** Did you or anyone acting on your behalf obtain any statements, written or otherwise, from any agent or employee of Defendant in connection with the occurrence described in your Complaint?  If so, state the name and address of the person giving the statement, the date the statement was obtained, the name and address of each person obtaining such statement, the method by which the statement was taken, the name and address of all persons present at the time the statement was taken, the name and address of the present custodian of the statement, and if written, whether or not the statement was signed by the person giving the statement.

ANSWER:     Plaintiff objects to this Interrogatory as it seeks information which may be protected by the attorney-client privilege and the work product doctrine.  Subject to and without waiving said objections, none at this time.

**SUPPLEMENTAL ANSWER:  Subject to the limitations in Defendant's April 4, 2016 letter, none at this time.**

1



**Family Health Center**
**604 North Washington**
**Council Grove, KS 66846**

**K+STAT Urgent Care Clinic**
**930 Hayes Dr.**
**Manhattan, KS 66502**

**Manhattan Radiology**
**1133 College Ave., Suite G-110**
**Manhattan, KS 66502**

**Mercy Regional Health Center (now Via Christi Hospital)**
**1823 College Ave.**
**Manhattan, KS 66502**

**Morris County Hospital**
**600 N. Washington**
**Council Grove, KS 66846**

**Orthopaedic & Sports Medicine Center**
**1600 Charles Place**
**Manhattan, KS 66502**

**Sorrell Chiropractic Clinic**
**304 W. Main Street**
**Council Grove, KS 66846**

**Topeka Neurology at St. Francis**
**631 SW Horne Ste. 420**
**Topeka, KS 66606**

**INTERROGATORY NO. 26:**  Identify all social networking websites to which you belong.  For each social networking website to which you belong, list the main social network name or web address (for example, "Facebook" or www.facebook.com), the e-mail address associated with the account, and the name associated with the account.

ANSWER:   Plaintiff objects to this interrogatory because it is overly broad, unduly invasive of Plaintiff's right to privacy and that of others, and not reasonably calculated to lead to the discovery of admissible/relevant evidence.

**SUPPLEMENTAL ANSWER:**    **Subject to the limitations in Defendant's April 4, 2016 letter, Plaintiff has a Facebook account and a Twitter account.**