IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TYLER WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CV-01287 |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENSE ATTORNEY TRENT CHURCH'S CERTIFICATION OF COMPLIANCE WITH DUTY TO CONFER CONCERING DISCOVERY DISPUTES PURSUANT TO LOCAL RULE 37.2

1. My name is Trent Church. I am an attorney representing Union Pacific in the above captioned matter.

2. I certify that I made a reasonable and good faith effort to confer with Plaintiff's counsel, Jerry McDonald, prior to filing Defendant's Motion to Compel Discovery Against Plaintiff.

3. My efforts included at least two telephone conferences concerning the disputed discovery, and several written exchanges regarding the discovery, with Plaintiff's counsel before filing the motion. However, my attempts to resolve the dispute short of filing a motion were unsuccessful.

4. My efforts to resolve the dispute are further detailed in Defendant's Memorandum and Suggestions In Support of Defendant's Motion to Compel Discovery Against Plaintiff.

E

**YERETSKY & MAHER, L.L.C.**

By: _____
    Trent R. Church           KS#23921
Southcreek Office Park
7200 West 132nd Street, Suite 330
Overland Park, Kansas 66213
Telephone: (913) 897-5813
Facsimile: (913) 897-6468
tchurch@ymllc.com
**ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY**

2